## Alvin S. FROCKT, Appellant,

v.

## Barbara J. FROCKT, Appellee.

Court of Appeals of Kentucky.

Oct. 7, 1960.

Leon Seidman, Louisville, for appellant.

Stuart A. Handmaker, Louisville, for appellee.

PER CURIAM.

Alvin S. Frockt has moved for an appeal from a final order which credited a $33 reduction in weekly alimony for his divorced wife and maintenance and support for their children against a vendor's lien note due from the appellee to the appellant. The note has been credited with $775.50 since the effective date of the final order.

The record and briefs have been considered and no prejudicial error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.